NOTE: CHANGES MADE BY THE COURT

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ESTHER KIM, CSBN 278995
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone:  (415) 977-8922
      Facsimile:  (415) 744-0134
      E-Mail: Esther.H.Kim@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LOIS JEAN HUFFMAN, | ) CASE NO. 2:15-02210-PLA |
| | ) |
| Plaintiff, | ) ORDER FOR THE |
| vs. | ) AWARD OF ATTORNEY'S FEES |
| | ) PURSUANT TO THE EQUAL |
| CAROLYN W. COLVIN, | ) ACCESS TO JUSTICE ACT, AND |
| Acting Commissioner of Social | ) FOR COSTS PURSUANT TO |
| Security, | ) 28 U.S.C. § 1920 |
| | ) |
| Defendant. | ) |
| _____ | ) |

Based upon the parties' Stipulation for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, IT IS ORDERED that fees and expenses in the amount of $6,900.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the stipulation.  **Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (docket no. 21), filed on January 11, 2016, is denied as moot.**

DATE:  February 3, 2016     _____
THE HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

1